# Notice Recipients

District/Off: 0971–3    User: admin    Date Created: 10/13/2010
Case: 10–32517    Form ID: ODSC7fi    Total: 35

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| tr | Janina M. Elder | jmelder7@aol.com |
| aty | Robert E. Savage | Rbrtsav@aol.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Jocelynne M. Castillo | 320 Peninsula Avenue, Apt. #208 | San Mateo, CA 94401 | |
| smg | Chief Tax Collection Section | Employment Development Section | P.O. Box 826203 | Sacramento, CA 94230 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812–2952 |
| 11061962 | Account Central | P.O. Box 60102 | City of Industry, CA 91716 | |
| 11061963 | American Express | P.O. Box 981535 | El Paso, TX 79998–1535 | |
| 11061964 | American Honda Finance Corp. | P.O. Box 5025 | San Ramon, CA 94583–0925 | |
| 11061966 | Bank of America | P.O. Box 15027 | Wilmington, DE 19850–5027 | |
| 11061967 | Cash Call | P.O. Box 66007 | Anaheim, CA 92816 | |
| 11061968 | Cashcall Inc. | c/o Rash.Curtis &Associates | 190 S. Orcahrd Ave., Suite C250 | Vacaville, CA 95688 |
| 11061969 | Chase | P.O. Box 15298 | Wilmington, DE 19850–5298 | |
| 11061970 | Discover Card | P.O. Box 30943 | Salt Lake City, UT 84130 | |
| 11061971 | Financial Asset Management Systems | P.O. Box 451409 | Atlanta, GA 31145–9409 | |
| 11061972 | HSBC | P.O. Box 5250 | Carol Stream, IL 60197–5250 | |
| 11061973 | Integrity Financial Partners | 4370 W. 109th Street, #100 | Overland Park, KS 66211 | |
| 11061974 | Joel Jorgensen | Unknown Address | Unknown Address | |
| 11061975 | Joel Jorgensen | Unknown Address | Unknown Address | |
| 11061976 | Metris/CACH, LLC (Cash Call) | c/o Thomas K. Bamford, ESQ. | 1201 Richardson Drive, Suite 201 | Richardson, TX 75080 |
| 11061978 | Midland Credit Management/Metris | Dept. 12421 | P.O. Box 603 | Oaks, PA 19456 |
| 11061977 | Midland Credit Management/Metris | P.O. Box 60578 | Los Angeles, CA 90060–0578 | |
| 11061979 | Nationwide Credit, Inc. | P.O. Box 740640 | Atlanta, GA 30374–0640 | |
| 11061981 | Ocwen Loan Servicing | 12650 Ingenuity Drive | Orlando, FL 32826 | |
| 11061980 | Ocwen Loan Servicing | P.O. Box 785056 | Orlando, FL 32878–5056 | |
| 11061982 | Phillips &Cohen Associates | 1002 Justison Street | Wilmington, DE 19801 | |
| 11061983 | Protocol Recovery Service, Inc. | 509 Mercer Avenue | Panama City, FL 32401–2631 | |
| 11061965 | San Mateo Credit Union | Asset Recovery Dept. | 350 Convention Way | Redwood City, CA 94063 |
| 11061987 | San Mateo Credit Union | P.O. Box 910 | Redwood City, CA 94063–0910 | |
| 11061985 | San Mateo Credit Union | P.O. Box 910 | Redwood City, CA 94064–0910 | |
| 11061984 | San Mateo Credit Union | c/o Accelerated Recovery Services | P.O. Box 2368 | Redwood City, CA 94064 |
| 11061986 | San Mateo Credit Union | c/o Accelerated Recovery Services | P.O. Box 2368 | Redwood City, CA 94064 |
| 11061988 | Thomas K. Bamford, ESQ. | P.O. Box 832070 | Richardson, TX 75083 | |
| 11061989 | US Department of Education | P.O. Box 530260 | Atlanta, GA 30353 | |

TOTAL: 32